Good morning, ladies and gentlemen. You're in your designated company, so I'd like to invite you in to have a chance to introduce yourselves to the chances of supporting the University of Michigan. Good morning, ladies and gentlemen. We've been talking in the University of Michigan. Part of the key concept here in this video is that this report adopted the latest findings. These findings included virtually every bullying that the federal police in the University of Michigan found in the first three months or so of the date. And in light of that, there were two law errors that remained. One was that the court violated mandatory law barriers for students. And secondly, it was that the court presented fairly erroneous findings and excessive bullying issues. Let me just read out here. The police began with the mandatory rule issues. As you know, the mandate encompasses access to opportunities, and it was finally seen in this court's prior hearing that folks were following in the federal spirit. The only thing that only potentially relevant to the law was the fact that there was one change in the calculation of the measures. And it was verified in your answer, in your evidence to support the one that you see there. Where is that? I see it now. What is that implicitly seen? And what are the other aspects of the changes? Five points. One mistake. Which is a common issue that there are a lot of mistakes. Well, there's two things we're seeing right now. Number one is that on the right-hand end, there is no suite as to the value of those two amount transfers. Accordingly, that should make it even more problematic. So we didn't send it back with those instructions. We sent it back for proceedings. It was not just made for a proceedings. I don't know why that was done. This was a review that was made in 2014. This is on page 40 of the record. It was said it was a piece of jewelry. Of course, it's damages. And accordingly, the evidence is insufficient. Therefore, we are continuing with the changes. And so, when you look at that, I don't have the dimensions, which is the reason. I don't have the explanations that are in it. I don't have the policies. But the very piece that we're saying, Your Honor, is that, with respect to the schools that were exiled, the express letter of finding this includes the liability issues and the issues relating to the school. And Mr. Peterson's expertise out of it. The Court should not have reopened those issues. But I'm not sure how we know quite what you are saying. You're saying that this Court should have reopened it. We didn't. We were very clearly saying that we understand that these issues are issues of interest. Yes, Your Honor. What we did say was that, if they didn't send it back, for example, and argued, well, the labor rates, they were fixed. The cost of labor has no value. You can't really explain the precise rates for the workers that need to be substandard. That's just what we're saying. Those are arguments that they were. They were. We found those things. First of all, it was post-trial ruling that specifically said for all trade secrets, they are valued. They were secret. They were used. And then, they were locked. Correct. And also, this Court is ruling as well with respect to consortium trade secrets. So, you're specifically or explicitly, these are trade secrets. But if you tell me that, all you said was, you need to continue to work, why wouldn't your district continue right after further proceedings? Why doesn't the district court release a ruling correctly? I mean, just turn that to me. Perhaps start over with respect to the continuation of the conditions of the court instructions. I understand that. What I'm saying is, the court won't go beyond that. In my mind, if you need to consult with all the experts, you're being caught off guard. So, according to this court's definition, if only the experts were more persuasive on the conditions, and you're saying that just because you didn't want to release it earlier. No, what I'm saying is that the court may want to go back and process the verdicts and defend its findings and conclusions. We did take things that were submitted already, so the court can go back and say, for example, these things aren't traceable, these things are public. If they were not used, is that right? I'm just checking all these things. Mr. Case, in the first trial, there was an overhearing. And then, in the appeal, those issues were re-litigated. And the specific claim that was released is that Mr. Case is not an expert who can call for other probabilities in terms of conspiracy. There's no credible evidence to support his assumptions. And Judge Brewer was contrary and said he did have expertise and had proven expertise. And, specifically, what the court was saying was that there is finally a bill of expertise, and there are issues because of expertise, there are probabilities because of expertise, and there are probabilities because of probability. And, it said that there was so-called no credible evidence to support his assumptions. So, again, we have findings and conclusions. We're trying to become a strategist. But that's not the only thing. Again, that's not being brought in. The civility is just not there. Correct. If we conclude, in your view, that he used civility, then he's not an expert. Well, what he was saying to us was that he was saying, no, he's a proponent. What Mr. Case has done is for the court to come back and say, I'm reading it again. He's defying his first line. He doesn't have to know that there's a piece that's different. There's no credible evidence to support the evidence-based theories that the court finds themselves using. That's absurd. What's in my charge role is to decide the entire trial for him. I don't understand that. I'm just trying to make a point Mr. Sheffster, I have a lot of questions. Mr. Court, it seems to me that you have a lot in common with the court and I'm starting to have a lot of questions. You're right. So, in Mr. Case's case, there are many legal issues that the court doesn't need to look into. That means that we need to hear the dimensions of what it means to have a court to be fully judgemental and conscious of the proceedings that the court is issuing. But there are, again, there's a real need to respect the numbers. What we're saying is the court may come back and then say, well, for instance, it's only, you know, you're not having this in our expertise. What you're saying now, in fact, it's not relevant evidence. The court has said only that if you're synthesizing this for the first time, it's clear. And, Mr. Court, I mean, it seems to me that the only thing that was most persuasive in the other attempts were often reconsidering the issue. Let me offer a fact that refuses all 11 and 12 for a 12-year-old man and citizen. He did not have the relevant expertise and no credible evidence for it. So those are some of the things that I'm saying. It's clear that this is only a last-minute version that it seems more powerful to say, you know, no relevance or expertise is in the eyes of the court in this case. But it's contrary to the message that the court's giving you. I'm going to come through now as a transition to the final subject issue, which is the interior arguments. As you know, these things bear a sense when parties or jurisprudential teams have the liberties of the rules based on the internal negotiation. This evaluates what the value was to the parties and the time values of the operation. And the court claims in here is clear that there's often an undervalued or reasonable and first-of-all perception of strategic opportunities. In the case law, when you sign a bill that states that there's probably evidence that the parties have a certain radius or a certain value to the care of both men and women and their families, it's just weak evidence. As did Mr. Rowley. Um, in the case of internal law, they're categorized in various contrasts, and they're working on or getting or categorized in a jury committee and getting a source jury to admit it and get notice of this. And that's a huge error of the parties' fault. The fact is that that was irrelevant and the relevant point is what did the parties perceive the value to be Second, Mr. Douglas, um, also the combination of value-for-wealth use distributions model which I think is a consideration to be, um, you know, to reduce chances and to increase chances. You said the value of sex is 7,000 plus, um, 240,000 in value-for-wealth because supposedly women will be in these streets and this will go to the men and they will be there on the street. Um, in fact, I'm supposed that the law is a mortgage to the relevant law in this system which is one of the first stuff in the industry. And whether royalty is appropriate we're talking about perhaps like software or Formula 19 or the single government contract. Um, secondly, the relevant sex again is not a word. This is highly valuable information to the defendant. They're trying to email, they're trying to power voice, they're trying to get the rap rate and if they couldn't get the rap rate they could at least get the labor rates and  labor and       the labor and then they can actually get the labor rate and the labor and the labor rate and          actually get the labor rate and the labor rate and they can actually get the labor rate and get           college and community area and the opportunities available to them. The difference between the two areas is        available to them. And the opportunity is that there is a lot of opportunities  to them. And the opportunity is that there is  lot of opportunities available to them. So I can impose what the Common Court says and new evidence because over a period of 20 years increased the need for help. In terms of secondary and basic opportunities for the Court to    think it's important that the Court be able to do that. I think it's important that the Court be able to do that. I think it's important that the  be able to do that. I think it's important that the Court be able to do that. I think the Court needs to input in the next steps in order for the    able to do that. I think the Court needs to be able to for the  to do that. I think the Court needs to input in the next steps in order for the         to do that.  think the Court needs to input in the next steps in order for the to do that. Thank you. Thank you.
judges: Schroeder, Thomas, Graber